# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSHUA BLAND, | Case No. 1:18-cv-01141-LJO-EPG-HC |
|---|---|
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION |
| v. | |
| KEN CLARK, | |
| Respondent. | (ECF No. 30) |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has moved for an extension of time to file objections to the findings and recommendation due to limited access to the law library. (ECF No. 30).

IT IS HEREBY ORDERED that Petitioner is GRANTED to and including June 4, 2019, to file his objections to the findings and recommendation.

IT IS SO ORDERED.

Dated: **April 25, 2019**                     /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE