# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND, | Case No. 1:18-cv-01141-LJO-EPG-HC |
| Petitioner, | ORDER VACATING APRIL 4, 2019 FINDINGS AND RECOMMENDATION (ECF No. 29) |
| v. | |
| KEN CLARK, | ORDER FOR SUPPLEMENTAL BRIEFING ON EQUITABLE TOLLING |
| Respondent. | |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 4, 2019, the undersigned issued findings and recommendation recommending that Respondent's motion to dismiss be granted and the petition be dismissed as untimely. (ECF No. 29). On May 20, 2019, Petitioner filed objections to the findings and recommendation, arguing that he is entitled to equitable tolling due to various traumatic experiences in custody that have caused Petitioner to suffer from post-traumatic stress disorder, agoraphobia, panic attacks, depression, and extreme anxiety. (ECF No. 32).

The statutory limitations period is subject to equitable tolling if a petitioner demonstrates "'(1) that he has been pursuing his rights diligently, and (2) that some extraordinary circumstance stood in his way' and prevented timely filing." Holland v. Florida, 560 U.S. 631, 649 (2010) (quoting Pace v. DiGuglielmo, 544 U.S. 408, 418 (2005)). The petitioner bears the "heavy burden" of showing that he is entitled to equitable tolling. Chaffer v. Prosper, 592 F.3d

1046, 1048 (9th Cir. 2010) (per curiam). The Ninth Circuit has recognized that a petitioner's mental condition may constitute an extraordinary circumstance justifying equitable tolling "when a petitioner can show a mental impairment so severe that the petitioner was unable personally either to understand the need to timely file or prepare a habeas petition." Bills v. Clark, 628 F.3d 1092, 1093 (9th Cir. 2010). Given the fact-intensive nature of equitable tolling claims, Sossa v. Diaz, 729 F.3d 1225, 1229–30 (9th Cir. 2013), further development of the record is warranted to address this issue.

Accordingly, the Court HEREBY ORDERS:

1. The findings and recommendation issued on April 4, 2019 (ECF No. 29) is VACATED;
2. Within thirty (30) days of the date of service of this order, Respondent shall file a response addressing Petitioner's claim of equitable tolling; and
3. Within thirty (30) days of the date of service of the Respondent's response, Petitioner shall file a reply.

IT IS SO ORDERED.

Dated: **May 28, 2019**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2